Cristina Velardi, Respondent,
against
Christina McMahon, Appellant.




Law Office of John J. Andrews (Kenneth J. Lauri, Esq.), for appellant.
Law Office of Jennifer Reilly, Esq., for respondent (no brief filed).

Appeal from an order of the District Court of Suffolk County, Sixth District (Linda J. Kevins, J.), dated November 2, 2015. The order, insofar as appealed from, denied defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order, insofar as appealed, is affirmed, without costs.
Plaintiff commenced this action seeking damages and the return of her dog, which defendant had taken. Insofar as is relevant to this appeal, defendant cross-moved for summary judgment dismissing the complaint on the ground that she was the sole owner of the dog. As limited by her brief, defendant appeals from so much of an order of the District Court as denied her cross motion.
Upon a review of the record, we find that there is a triable issue of fact as to the ownership of the dog at issue. Consequently, we find no basis to disturb the determination of the District Court.
Accordingly, the order, insofar is appealed from, is affirmed.
Marano, P.J., Iannacci and Garguilo, JJ., concur.
Decision Date: May 23, 2017